No. 12–6678.  NAILS *v.* FOLEY.  C. A. 11th Cir.  Certiorari denied.

No. 12–6680.  BONILLAS *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 12–6683.  WILLIAMS *v.* ALABAMA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–6688.  BEN-SHOLOM *v.* AYERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–6691.  NOURN *v.* LATTIMORE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–6693.  MENCHACA *v.* URIBE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–6696.  WARREN *v.* QUADA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–6697.  TOWBRIDGE *v.* TACKER ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–6704.  BRENT *v.* WAYNE COUNTY DEPARTMENT OF HUMAN SERVICES ET AL.  Ct. App. Mich.  Certiorari denied.

No. 12–6708.  WILLIAMS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–6715.  BIRDETTE *v.* CAPITOL ONE BANK, N. A., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–6716.  BIRDETTE *v.* CBE GROUP, VERIZON WIRELESS.  C. A. 11th Cir.  Certiorari denied.

No. 12–6717.  BIRDETTE ET UX. *v.* BANK OF AMERICA.  C. A. 11th Cir.  Certiorari denied.

No. 12–6719.  WEAVER *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 12–6721.  RALEIGH *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 12–6722.  BLACK *v.* TERRELL, WARDEN.  C. A. 5th Cir.  Certiorari denied.